IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VERUSHKA FABILA CALVO, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:20-CV-2029-M-BH |
| | § | |
| OSCAR GARCIA, Section Chief, Dallas | § | |
| District Office, U.S. Citizenship & | § | |
| Immigration Services and | § | |
| UNITED STATES CITIZENSHIP & | § | |
| IMMIGRATION SERVICES, | § | |
|     Defendants. | § | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The Defendant's argument for a stay pending removal was waived by not having been argued to the Magistrate Judge. Even if considered by this Court, however, the Court would deny this argument for the same reasons set forth in the Findings, Conclusions and Recommendation as a basis to deny dismissal.

*Defendants' Motion to Dismiss*, filed October 6, 2020 (doc. 6), is **DENIED**.

SIGNED this _____ day of June, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE